UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPIG INDUSTRY, LLC, SELCO CONSTRUCTION SERVICES, INC., DANNY WEBB CONST. CO., INC., JOSHUA M. HARMAN; and J. CHRISTOPHER HARMAN,

        Plaintiffs,

-against-

NOVAC EQUITIES LLC, PARKVIEW ADVANCE, LLC, C2 ADVANCE, LLC, CAPYBARA CAPITAL, LLC, ADVANTAGE PLATFORM SERVICES, INC., EAGLE EYE ADVANCE LLC, PROSPERUM CAPITAL PARTNERS LLC, ADVANCE SERVICING INC., and JOHN and JANE DOE DEFENDANTS,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/7/2023_

23 Civ. 8667 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the pre-motion letters dated October 31 and November 6, 2023, from Defendants Prosperum Capital Partners, LLC, Novac Equities LLC, and C2 Advance, LLC., requesting leave to file motions to dismiss. ECF Nos. 13, 15.

    By **November 13, 2023**, Plaintiffs shall inform the Court whether they plan to oppose Defendants' anticipated motions to dismiss.

    SO ORDERED.

Dated: November 7, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge