```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/14/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPIG INDUSTRY, LLC, SELCO CONSTRUCTION SERVICES, INC., DANNY WEBB CONST. CO., INC., JOSHUA M. HARMAN; and J. CHRISTOPHER HARMAN,

    Plaintiffs,

-against-

NOVAC EQUITIES LLC, PARKVIEW ADVANCE, LLC, C2 ADVANCE, LLC, CAPYBARA CAPITAL, LLC, ADVANTAGE PLATFORM SERVICES, INC., EAGLE EYE ADVANCE LLC, PROSPERUM CAPITAL PARTNERS LLC, ADVANCE SERVICING INC., and JOHN and JANE DOE DEFENDANTS,

    Defendants.

23 Civ. 8667 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 7, 2023, the Court directed Plaintiffs to inform the Court by November 13, 2023, whether they plan to oppose Defendants' anticipated motions to dismiss. ECF No. 16. That submission is now overdue.

    Accordingly, by **November 21, 2023**, Plaintiffs shall inform the Court whether they plan to oppose Defendants' anticipated motions to dismiss and intend to continue prosecuting this matter.

    SO ORDERED.

Dated: November 14, 2023
       New York, New York

                                                ANALISA TORRES
                                      United States District Judge