```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/13/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPIG INDUSTRY, LLC,
SELCO CONSTRUCTION SERVICES, INC.,
DANNY WEBB CONST. CO., INC.,
JOSHUA M. HARMAN; and
J. CHRISTOPHER HARMAN,

                Plaintiffs,

-against-

NOVAC EQUITIES LLC,
PARKVIEW ADVANCE, LLC,
C2 ADVANCE, LLC,
CAPYBARA CAPITAL, LLC,
ADVANTAGE PLATFORM SERVICES, INC.,
EAGLE EYE ADVANCE LLC, and
JOHN and JANE DOE DEFENDANTS,

                Defendants.

23 Civ. 8667 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 22, 2023, the Court granted Plaintiffs' request for an extension of time to respond to Defendants Novac Equities LLC and C2 Advance LLC's pre-motion letters. ECF No. 29. In their request, Plaintiffs stated that they anticipated reaching a settlement with Novac Equities LLC and C2 Advance LLC "in the next several days." ECF No. 26.

    Plaintiffs' responses, which were due by December 1, 2023, are now overdue. Further, Plaintiffs' extension request did not address the pre-motion letter filed by Defendant Capybara Capital, LLC, ECF No. 21.

    Accordingly, by **December 29, 2023**, Plaintiffs shall (1) file their responses to the pre-motion letters filed by Novac Equities LLC, C2 Advance LLC, and Capybara Capital, LLC; and (2) provide a status update with regard to settlement negations with all of the Defendants.

    The Court shall refer the parties to the Honorable James L. Cott for settlement negotiations.

    SO ORDERED.

Dated: December 13, 2023
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge