```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12.14.23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

**Spig Industry, LLC**

                Plaintiff(s),

   -against-

**Novac Equities LLC**

                Defendant(s).

------------------------------------------------------------X

23 Civ. 08667 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated Wednesday, December 13, 2023(ECF 32), Judge Analisa Torres referred this case to Magistrate Judge James L. Cott for settlement. On Thursday, December 14, 2023, that referral was reassigned to me. I have therefore scheduled a settlement conference in this matter for **Tuesday, January 23, 2024, at 2:00 p.m.** The conference will be held in Courtroom 9B, at 500 Pearl Street, New York, NY, 10007. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

If this date is not convenient for the parties, counsel should e-mail my deputy clerk, Anne Zeng-Huang, at Anne_Huang@nysd.uscourts.gov on or before **December 21, 2023,** to propose three alternative dates and times for the settlement conference during the week of January 22, 2024.

Corporate parties must send the person with decision-making authority to settle the matter to the conference. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my

Individual Rules of Practice. Pre-conference submissions must be received no later than

**Tuesday, January 16, 2024, at 5:00 p.m**.

DATED:  December 14, 2023
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge