```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/2/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPIG INDUSTRY, LLC,
SELCO CONSTRUCTION SERVICES, INC.,
DANNY WEBB CONST. CO., INC.,
JOSHUA M. HARMAN; and
J. CHRISTOPHER HARMAN,

          Plaintiffs,

-against-

NOVAC EQUITIES LLC,
PARKVIEW ADVANCE, LLC,
C2 ADVANCE, LLC,
CAPYBARA CAPITAL, LLC,
ADVANTAGE PLATFORM SERVICES, INC.,
EAGLE EYE ADVANCE LLC, and
JOHN and JANE DOE DEFENDANTS,

          Defendants.

23 Civ. 8667 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 13, 2023, the Court directed Plaintiffs to file by December 29, 2023, a status update with regard to their case against each of the Defendants in this action. Plaintiffs' letter, however, did not address the case brought against Defendant Parkview Advance, LLC ("Parkview") or Parkview's pre-motion letter, ECF No. 22.

    Accordingly, by **January 16, 2024**, Plaintiffs shall file their response to Parkview's pre-motion letter, and by **January 30, 2024**, Plaintiffs shall file a status update, addressing the outcome of the January 23, 2024 settlement conference before the Honorable Robyn F. Tarnofsky and ongoing negotiations to resolve the action.

    SO ORDERED.

Dated: January 2, 2024
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge