UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIG INDUSTRY, LLC<br><br>　　　　　　　Plaintiffs,<br><br>　-against-<br><br>NOVAC EQUITIES LLC<br><br>　　　　　　　Defendant. | 23-CV-08667 (AT)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　A settlement conference in this case was scheduled for January 23, 2024. As per my Order on December 14, 2024, ex-parte settlement letters were due by 5 PM. yesterday. The parties have not complied. I am sua sponte extending the January 16, 2024 deadline nunc pro tunc until 9 AM on January 18, 2024.

DATED:　January 17, 2024
　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge