UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPIG INDUSTRY, LLC,
SELCO CONSTRUCTION SERVICES, INC.,
DANNY WEBB CONST. CO., INC.,
JOSHUA M. HARMAN; and
J. CHRISTOPHER HARMAN,

                 Plaintiffs,

-against-

NOVAC EQUITIES LLC,
PARKVIEW ADVANCE, LLC,
C2 ADVANCE, LLC,
CAPYBARA CAPITAL, LLC,
ADVANTAGE PLATFORM SERVICES, INC.,
EAGLE EYE ADVANCE LLC, and
JOHN and JANE DOE DEFENDANTS,

                 Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/18/2024_

23 Civ. 8667 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On December 13, 2023, the Court directed Plaintiffs to file a status update regarding their case against each of the Defendants in this action. ECF No. 31. In their status update, Plaintiffs did not address the case brought against Defendant Parkview Advance, LLC ("Parkview") or Parkview's pre-motion letter, ECF No. 22. *See* ECF No. 34. The Court thus ordered Plaintiffs to file their response to Parkview's pre-motion letter by **January 16, 2024**. ECF No. 35. That submission is now overdue.

      By **January 30, 2024**, Plaintiffs shall file their response to Parkview's pre-motion letter. In the response, Plaintiffs shall also address the outcome of the January 23, 2024 settlement conference before the Honorable Robyn F. Tarnofsky and the status of settlement negotiations.

      SO ORDERED.

Dated: January 18, 2024
       New York, New York

                                                    ANALISA TORRES
                                         United States District Judge