UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIG INDUSTRY, LLC, et al.,<br><br>                         Plaintiffs,<br><br>  -against-<br><br>NOVAC EQUITIES LLC, et al.,<br><br>                         Defendants. | 23-CV-08667 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 17, 2024, I sua sponte extended the deadline for the parties' ex parte settlement letters in advance of the settlement conference set for January 23, 2024. (*See* ECF 44.) On the same day, this Court received Plaintiffs' ex parte settlement letter. Earlier today, Defendant Parkview Advance, LLC ("Parkview Advance") filed on the docket a letter informing the Court that Plaintiff yesterday conveyed a settlement offer to Parkview Advance. (*See* ECF 47.) I note that Parkview Advance's letter did not comply with my orders of December 14, 2023 and January 17, 2024. (*See* ECF 33, 44.)

In light of the parties' progress in settling this matter on their own, if Plaintiffs and Parkview Advance file on the docket a letter of settlement **by 5:00 PM on January 22, 2024**, they are excused from appearing at the settlement scheduled for 2:00 PM on January 23, 2024. However, if Plaintiffs and Advance do not file a letter of settlement on the docket by that time, they are directed to appear at the scheduled settlement conference.

DATED:  January 18, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge