UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPIG INDUSTRY, LLC, SELCO CONSTRUCTION SERVICES, INC., DANNY WEBB CONST. CO., INC., JOSHUA M. HARMAN; and J. CHRISTOPHER HARMAN,

                    Plaintiffs,

-against-

PARKVIEW ADVANCE, LLC; ADVANTAGE PLATFORM SERVICES, INC.; EAGLE EYE ADVANCE LLC; AND JOHN AND JANE DOE DEFENDANTS

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/23/2024__

23 Civ. 8667 (AT)

**ORDER OF PARTIAL DISMISSAL**

ANALISA TORRES, District Judge:

      The Court has been advised that all claims asserted herein against Defendant Parkview Advance, LLC ("Parkview") have been settled in principle. ECF No. 54. Accordingly, the claims against Parkview are hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

      Any application to reopen must be filed within thirty days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      Parkview's motion to compel arbitration, ECF No. 22, is DENIED as moot. All conferences involving Parkview are vacated. The Clerk of Court is directed to terminate Parkview Advance, LLC from the docket.

      SO ORDERED.

Dated: January 23, 2024
       New York, New York

                                      ANALISA TORRES
                              United States District Judge