```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPIG INDUSTRY, LLC,
SELCO CONSTRUCTION SERVICES, INC.,
DANNY WEBB CONST. CO., INC.,
JOSHUA M. HARMAN; and
J. CHRISTOPHER HARMAN,

                Plaintiffs,

-against-

ADVANTAGE PLATFORM SERVICES, INC.,
EAGLE EYE ADVANCE LLC, AND
JOHN and JANE DOE DEFENDANTS,

                Defendants.

23 Civ. 8667 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiffs last provided an update to the Court on January 22, 2024. ECF No. 53. At this juncture, two defendants have yet to be terminated from the docket: Advantage Platform Services, Inc. and Eagle Eye Advance LLC.

    Accordingly, by **February 26, 2023**, Plaintiffs shall file a status update with the Court indicating how they wish to proceed against the remaining defendants.

    SO ORDERED.

Dated: February 21, 2024
       New York, New York

ANALISA TORRES
United States District Judge