UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPIG INDUSTRY, LLC, et al.,

                    Plaintiffs,

   -v-

NOVAC EQUITIES LLC, et al.,

                    Defendants.

23 Civ. 08667 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 2, 2024, I ordered Plaintiffs to file, by **April 22, 2024,** proposed findings of fact and conclusions of law ("PFFCL") in connection with their application for a default judgment against Defendant Advantage Platform Services, Inc. ("Defendant"). (*See* ECF 66.)  Plaintiffs have not done so.

The time for Plaintiffs to comply with my April 22 Order is extended to **5:00 PM on April 26, 2024**. Plaintiffs are warned that failure to do so may result in a report and recommendation to Judge Torres that their action against Defendant be dismissed for failure to prosecute.

DATED:  April 23, 2024
       New York, New York

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge