UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIG INDUSTRY, LLC, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> NOVAC EQUITIES LLC, et al., <br><br> Defendants. | 23-CV-08667 (AT) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 28, 2024, Judge Torres directed Plaintiffs to file a status update indicating, as relevant here, how they wished to proceed against Defendant Eagle Eye Advance LLC ("Eagle"). (*See* ECF 57.) In response, Plaintiffs represented that Eagle had been served via the New York Secretary of State on February 27, 2024 and that Plaintiffs would "promptly" start the process of seeking a default judgment against Eagle if Eagle did not appear in the case by March 28, 2024. (*See* ECF 59.) To date, Eagle has not appeared, but Plaintiffs have not started the process of seeking a default judgment against Eagle.

Plaintiffs shall, **by 5:00 PM on May 29, 2024**, begin the process of seeking a default judgment against Eagle pursuant to Rule 55 of the Federal Rules of Civil Procedure and the Default Judgment Procedure in Judge Torres's Individual Rules and Procedures for Civil Cases. Plaintiffs are warned that failure to comply with this order may, in itself, result in a report and recommendation that Plaintiffs' claims against Eagle be dismissed for failure to prosecute.

DATED:  May 24, 2024
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge