UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPIG INDUSTRY, LLC, et al.,

                      Plaintiffs,

-v-

NOVAC EQUITIES LLC, et al.,

                      Defendants.

23 Civ. 08667 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      By Amended Order of Reference dated June 3,2024 (ECF 75), Judge Torres referred this case to me for settlement, and to issue a Report and Recommendation regarding Plaintiffs' Order To Show Cause in support of a default judgment against Defendant Eagle Eye Advance LLC ("Defendant"). Plaintiffs shall, by **June 19, 2024**, complete the process of seeking a default judgment against Defendant pursuant to Rule 55 of the Federal Rules of Civil Procedure and the Default Judgment Procedure in Judge Torres' Individual Rules and Procedures for Civil Cases.

DATED:  June 5, 2024
            New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

1