UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SPIG INDUSTRY, LLC, et al.,<br><br>                        Plaintiffs,<br><br>          -against-<br><br>NOVAC EQUITIES LLC, et al.,<br><br>                        Defendants. | 23-CV-08667 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 5, 2024 (ECF 76), I ordered Plaintiffs to complete, by June 19, 2024, the process of seeking a default judgment against Defendant Eagle Eye Advance LLC ("Defendant") pursuant to Rule 55 of the Federal Rules of Civil Procedure and the Default Judgment Procedure in Judge Torres' Individual Rules and Procedures for Civil Cases.  To date, Plaintiffs have not done so.

I am sua sponte extending the deadline for Plaintiffs to complete the process of seeking a default judgment nunc pro tunc until **July 8, 2024**. Plaintiffs are warned that failure to comply with this order may, in itself, result in a report and recommendation that Plaintiffs' claims against Defendant be dismissed for failure to prosecute.

DATED:  June 28, 2024
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge