UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPIG INDUSTRY, LLC, et al.,

               Plaintiffs,

  -v-                                        23-CV-8667 (AT) (RFT)

**ORDER**

NOVAC EQUITIES LLC, et al.,

               Defendants.

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The Court is in receipt of Plaintiffs' letter. (ECF 83.) It is the practice of the undersigned to handle applications for default judgment and/or damages inquests in the order in which the applications were received.

DATED:  December 2, 2024
        New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge