UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPIG INDUSTRY, LLC, SELCO CONSTRUCTION SERVICES, INC., DANNY WEBB CONST. CO., INC., JOSHUA M. HARMAN; and J. CHRISTOPHER HARMAN,

       Plaintiffs,

  -against-

ADVANTAGE PLATFORM SERVICES, INC., EAGLE EYE ADVANCE LLC, and JOHN and JANE DOE DEFENDANTS,

       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: <u>12/15/2025</u>

23 Civ. 8667 (AT) (RFT)

**ORDER ADOPTING
REPORT AND
RECOMMENDATION**

ANALISA TORRES, District Judge:

Plaintiffs bring this action against various corporate Defendants, alleging federal Racketeer Influenced and Corrupt Organizations Act ("RICO") violations under 18 U.S.C. § 1962(c), RICO conspiracy claims under 18 U.S.C. § 1962(d), and state law breach of contract claims arising out of certain funding agreements. *See generally* Compl., ECF No. 1. Before the Court are Plaintiffs' motions requesting an entry of default judgment against the remaining Defendants in this case. *See* Am. Order Referring Case to Magistrate Judge, ECF No. 75.[1]

On October 22, 2025, after careful consideration, the Honorable Robyn F. Tarnofsky issued a report (the "R&R") recommending that the Court deny the request for default judgment and dismiss Plaintiffs' complaint. *See generally* R&R, ECF No. 85. On October 28, 2025, Plaintiffs certified that they mailed Defendants a copy of the R&R. *See* ECF No. 86. Although the R&R notified the parties of their right to object to the R&R, no objections were filed, and the time to do so has now passed. *See* R&R at 57–58; Deadline Ext., ECF No. 87; Fed. R. Civ. P. 72(b)(2). Because no objections were made, the Court reviews the R&R for clear error. *See, e.g.*, *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Tarnofsky's thorough and well-reasoned R&R.

Accordingly, the Court ADOPTS the R&R in its entirety. Plaintiffs' claims against the Doe Defendants are DISMISSED without prejudice; the Court DECLINES to enter a default judgment against Defendants Advantage Platform and Eagle Eye Advance; and the complaint is DISMISSED in its entirety without prejudice. The Clerk of Court is respectfully directed to close the case.

  SO ORDERED.

Dated: December 15, 2025
  New York, New York

        _____
        ANALISA TORRES
        United States District Judge

---

[1] Several Defendants have been dismissed from the case following voluntary dismissal or settlement. *See* ECF Nos. 26, 27, 50, 51 55.